JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP AINSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-09410-MMF-SS<br><br>**ORDER REGARDING JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

1
**ORDER RE JOINT STIPULATION TO DISMISS 2:18-CV-09410-MMF-SS**

Having reviewed the Joint Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41, filed by Plaintiff Philip Ainsworth and Defendant Ford Motor Company, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The above titled action is herein dismissed with prejudice.

Additional Orders:

_____

_____

_____

**IT IS SO ORDERED**

DATED: August 8, 2019

HON. MICHAEL W. FITZGERALD
Judge, United States District Court

2
**ORDER RE JOINT STIPULATION TO DISMISS 2:18-CV-09410-MMF-SS**